IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAYMOND DAVIS, SR.           )
                             )  No. 3-09-0585
v.                           )
                             )
CITY OF CLARKSVILLE          )

O R D E R

On April 30, 2010, the defendant filed a motion for summary judgment (Docket Entry No. 16).

In accord with the order entered February 18, 2010 (Docket Entry No. 14), the plaintiff shall have until May 21, 2010, to file a response to the motion. Any reply, if necessary, shall be filed within 15 days of the filing of the response or by June 7, 2010, if the response is filed on May 21, 2010.

No other filings in support of or in opposition to the defendant's motion for summary judgment shall be made except with the express permission of the Honorable John T. Nixon.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendant's motion for leave to exceed page limit (Docket Entry No. 15), the defendant's motion for summary judgment (Docket Entry No. 16), the defendant's statement of undisputed material facts (Docket Entry No. 17), and defendant's amended motion to exceed page limit,[1] to which the defendant's attached memorandum in support of the motion for summary judgment is attached (Docket Entry No. 18), the plaintiff's response to be filed by May 21, 2010, and any reply, if necessary, to be filed no later than June 7, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] In the defendant's amended motion, counsel represents that the deadline for filing dispositive motions is April 30, 2010. However, that deadline was extended to May 31, 2010, in the order entered February 18, 2010 (Docket Entry No. 14).