IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAYMOND DAVIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0585 |
| | ) | Judge Nixon |
| CITY OF CLARKSVILLE, | ) | Magistrate Griffin |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## ORDER

Pending before the Court is Defendant City of Clarksville's ("Defendant") Motion for Leave to Exceed Page Limit for Brief in Support of Summary Judgment (Doc. No. 15) and Defendant's Amended Motion for Leave to File a Memorandum in Excess of Page Limit (Doc. No. 18) (collectively, "Defendant's Motion"). Upon consideration, Defendant's Motion is **GRANTED**. The Court will accept Defendant's Memorandum of Law in Support of its Motion for Summary Judgment.

It is so ORDERED.

Entered this the __10th__ day of May, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT