IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAYMOND DAVIS, SR.        )
                              )     No. 3-09-0585
v.                          )
                              )
CITY OF CLARKSVILLE      )

## O R D E R

Upon the Court's request, counsel for the parties called the Court on May 24, 2010, at which time the following matters were addressed:

1.      Over defendant's strong objection, the plaintiff's motion for extension of time (Docket Entry No. 23) was GRANTED, as provided herein.[1]

2.      Plaintiff's counsel shall review the investigative files relating to incidents of pursuit or nonpursuit at the Clarksville Police Department on June 24, 2010, at 9:00 a.m.[2]

3.      The continuation of the deposition of Chief Ansley's deposition shall be conducted no later than July 2, 2010.

4.      The March 19, 2010, deadline for completion of fact discovery is extended only for the limited purposes as set forth above.

5.      The scope of the continuation of Chief Ansley's deposition shall be limited to the revised General Order B-5 and the investigative files, and shall not be duplicative of the matters already addressed in the first deposition.

The continuation of Chief Ansley's deposition shall be limited to two (2) hours.

---

[1] In the meantime, the motion was also granted by order entered May 26, 2010 (Docket Entry No. 24), inasmuch as the file was forwarded to Judge Nixon by order entered May 5, 2010 (Docket Entry No. 19) for his consideration of the defendant's motion for summary judgment.

[2] The document review was scheduled on May 24, 2010, but plaintiff's counsel was ill at home and unable to undertake the review on May 24, 2010. Because of plaintiff's counsel's conflicts, including a three week trial beginning June 2, 1010, in Texas, and a scheduled trip out of the country from July 5, 2010, to July 12, 2010, he is unable to reschedule the review prior to June 24, 2010.

6.      The May 21, 2010, deadline for the plaintiff to file a response to the defendant's pending motion for summary judgment (Docket Entry No. 16) is extended to July 23, 2010. Any reply, if necessary, shall be filed within two (2) weeks of the filing of the response or by August 6, 2010, if the response is filed on July 23, 2010.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made except with the express permission of the Honorable John T. Nixon.

Except as modified herein, the deadlines provided in the orders entered September 8, 2010 (Docket Entry Nos. 7-8), as amended by the orders entered December 4, 2009 (Docket Entry No. 11), and February 18, 2010 (Docket Entry No. 14), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

2