IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAYMOND DAVIS, SR().        )
                            )   No. 3-09-0585
v.                          )
                            )
CITY OF CLARKSVILLE         )

O R D E R

Counsel for the parties called the Court on July 1, 2010, at which time the following matters were addressed:

1. Plaintiff's counsel reported that he had reviewed the investigative files, as provided in the order entered May 27, 2010 (Docket Entry No. 25), and had designated approximately two boxes for reproduction by the defendant. However, defendant's counsel advised that he had not yet had the opportunity to confirm that redactions of identifying information of police officers had been properly made before producing the documents to plaintiff's counsel.

2. The defendant shall have until July 9, 2010, to produce the documents in the investigative files identified by plaintiff's counsel, with appropriate redactions of identifying information.

3. The deposition of Chief Ansley, scheduled on July 2, 2010, shall be rescheduled to July 16, 2010, contingent upon Chief Ansley's schedule. If he is not able to be deposed on July 16, 2010, counsel shall schedule another telephone conference call with the Court or counsel shall confer on another date for his deposition and so notify the Court so that briefing deadlines for the defendant's pending motion for summary judgment (Docket Entry No. 16) can be extended accordingly.

4. The time for the plaintiff to file a response to the defendant's pending motion for summary judgment is extended from July 23, 2010, to July 26, 2010.

5. The time for the defendant to file a reply to the plaintiff's response is extended from August 6, 2010, to August 9, 2010.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made except with the express permission of the Honorable John T. Nixon.

Except as modified herein, the deadlines provided in the orders entered September 8, 2010 (Docket Entry Nos. 7-8), as amended by the orders entered December 4, 2009 (Docket Entry No. 11), February 18, 2010 (Docket Entry No. 14), and May 27, 2010 (Docket Entry No. 25), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge