IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND DAVIS, SR., | ) |
| *Plaintiff,* | ) |
| | ) No. 3:09-cv-0585 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| CITY OF CLARKSVILLE, | ) |
| | ) JURY DEMAND |
| *Defendant.* | ) |

## ORDER

Pending before the Court is Defendant City of Clarksville's Motion for Attorney Fees ("Defendant's Motion") (Doc. No. 48), filed along with a Memorandum in Support (Doc. No. 49). Also pending before the Court is Plaintiff Raymond Davis, Sr.'s Motion for Extension of Time to File a Response to Defendant's Motion ("Plaintiff's Motion"). (Doc. No. 50.)

This Court granted Defendant's Motion for Summary Judgment on December 2, 2010. (Doc. No. 46.) Plaintiff's Motion was filed on December 21, 2010 (Doc. No. 50), and Plaintiff subsequently filed a Notice of Appeal on December 31, 2010 (Doc. No. 51). The case is now pending before the Sixth Circuit. In light of these circumstances, the Court finds that resolving the attorney fee issue prior to the Sixth Circuit's ruling would not be in the interest of judicial economy. Accordingly, Defendant's Motion is **DENIED** without prejudice to re-file pending the outcome of the appeal process. Plaintiff's Motion is therefore **TERMINATED as moot**.

It is so ORDERED.

Entered this the ____11____ day of July, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT